Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

**FILED**
**U.S. DISTRICT COURT**
**EASTERN DISTRICT ARKANSAS**

for the

Eastern    District of Arkansas

**DEC 0 6 2021**

Central   Division

**TAMMY H. DOWNS, CLERK**

By:_____
                        DEP CLERK

Case No. 4:21-cv-1179-BSM
*(to be filled in by the Clerk's Office)*

Patricia A Ashley
_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

City of Benton, ET AL
State of Arkansas

_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Jury Trial: *(check one)*   ☐ Yes   ☑ No

This case assigned to District Judge **Miller**
and to Magistrate Judge **Ray**

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Patricia A Ashley
Street Address          1313 Vilu
City and County         Benton, Saline Co
State and Zip Code      Arkansas 72015
Telephone Number        501 838-2874
E-mail Address          none

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

City of Benton Municipal Corporation
State of Arkansas, Mayor Tom Farmer
official Capacity
114 S East Strut, Benton, Saline Co
Arkansas 72015
501 776-5900

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

City of Benton, City Council
official Capacity, 114 S East Strut
Benton, Saline Co
Arkansas, 72015
501 776-5900

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

City of Benton, Chief of Police
official Capacity
114 S East Strut, Benton
Saline Co.
Arkansas 72015
501 - 776 5900

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question              ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Provision of the United States Constitution that are at issue in this case. Amendment XIV, Section 1*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

  a.    If the plaintiff is an individual

  The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

  b.    If the plaintiff is a corporation

  The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

  _____ .

  *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

  a.    If the defendant is an individual

  The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

III.    **Statement of Claim**    *See attach*

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

IV.    **Relief**    *See attach*

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

III. Statement of Claim

The City of Benton Mayor in His offical Capacity and the Benton City Council in their offical Capacity, have Violated Plaintiff fourteenth amendment of the United States Constitution, Equal Protection.
The City of Benton Provides Safty and Protection from fireworks in other areas of Benton, the Same Benton where Plaintiff Reside. The Protections are clear, Measured off in length and distance, firework ordinance no. 32. of 2013, States by Name what's Protected and How; and Some Places no fireworks can be Shot at all, in the Same City Plaintiff reside at. In the Same Benton. for Plaintiff's Protection and Safety where She [plaintiff] lives in City of Benton; where the Mayor In His offical Capacity and the City Council in it's offical Capacity have not provided Plaintiff with the Protections and Safety as it has other Parts, Areas of Benton. City Ordiance is Clear Shooter are referred to Patriotic Participation Celebrating Holiday in the City of Benton. The Mayor In His offical Capacity and the Benton City Council in their official Capacity, Have Not told Plaintiff how Plaintiff will be Safe and Protected

(1)

III. Statement of Claim

Councilwoman Evelyn Reed In her official Capacity, Council Woman for Plaintiff, is Well aware of Dixie where plaintiff lives and the need for lighting bright enough where you can See the Streets, She's aware of the density around plaintiff House, and how dark it is on Johnson St across from Plaintiff Property where fireworks are shot from, She's aware Plaintiff has come before the Benton City Council in their official Capacity and Requested lighting was you can be aware of your Surroundings to be Safe, Don't recall Councilwoman Reed ever voting are asking for Brighter lighting. Councilwoman Robin Freeman, Council Woman in Her official Capacity as Councilwoman for Plaintiff area, has not ask or voted for stopping fireworks So Plaintiff can be Protected and Safe, and is aware of the density around Plaintiff Home. Councilman Steve Lee in his official Capacity Has made it Clear to plaintiff that If his grandson want to Shoot fireworks He's gonna Shoot fireworks, the Police Chief of the City of Benton, in His official Capacity has Stated It don't Matter with Him one Way or the other. cnt

(2)

III. Statement of Claim
cont

The Police Chief of the City of Benton in His offical Capacity Provides Protection and Safety areas of Benton that are of concern by the Mayor in His offical Capacity and the Collective Council in it offical Capacity. Bill Donner Councilman in His offical Capacity, As chairs the Benton Public Health and Safety Committee, fireworks topics Plaintiff has been before this committee each time between 2016 to 2/2020, Councilman Donner ask Chief of Police in his offical Capacity, what He think about the fireworks Chief of Police in His offical Capacity, say " I Really don't want to see them stopped. the Committee Council Member in their offical Capacity Vote to keep the fireworks, Plantiff is left Unprotected against, Danger and Harm.
Over a Span of 6 year, The City of Benton in it's offical Capacity beginning on the 3rd, 4th and 5th of July, per three days band the Noise ordinance, for fireworks are shot Surrounding Plaintiff home. and everything on Property outside of the house is being hit by fireworks Falling from the Sky, Smell of Gun Power

Page (7)                    cont

III. Statement of Claim
cont

Popping Sounds, Sound of Bombs Exploding, Vibration of house; Smoke on your Property when it was placed to give off Smoke. Plaintiff can't Prepare for the Next Explosions are what it will do.
The City Council and Mayor in their Capacity, offical Capacity, allows three day of this fireworks exposure form 10 AM to 10 PM, for three day. Plaintiff is harm loss, loss of Sleep, loss of Control, loss of Protection and Safety, afraid inside the house and afraid to go outside the house for fear of being Hit by an Unexpected object form outside. fear of the thing hitting house will come inside, I plantiff can't Protect myself and Police in their offical Capacity when called, They; refering to firework Shooter. Plaintiff can't enjoy a Meal in her home, without jumpy from the Sounds around her, awaken from Sleep heart pounding her, Trying to Calm her body down and another explosion, It Unendly, and Violated Plaintiff Constitutional Right Protection in the fourteenth Amendment, Section 1,

Next Page

4 page

III Statement of Claim

The Mayor, City Councilmen in their official Capacity, have Set in place and Ordinance for the Purpose of Changing Dixie, before 2016 When a group came forward with the Idea to change Dixie for a friends Name. The Plaintiff has had a History and Heritage for over 100 years in the City of Benton, Dixie being it. The fourteenth Amendment of the United States Constitution allows Plaintiff to have a History and heritage. To Change Dixie is like Moving the Plaintiff and She doesn't want to Move Everything Related to Plaintiff living on Dixie will have to be changed and what does plaintiff Get from Defendants in their official Capacity City Councilmen There are other alternative to Name their friend after. To change Dixie Would Cause Harm to Plaintiff and Violate Plaintiff Rights. Claim 1 fireworks, Claim 2. Changing Dixie.

IV. Relief In Amount of 100,000 dollars over a Span from 2016 to Present, 3 days to Shoot fireworks at Plaintiff Property from 10 AM to 10 PM is dangerous and life threatening for Plaintiff. and Causing

page 9                    next page

IV. Relief cont from Page 5

depreciation to Plaintiff Property from fireworks Shot at, and on Property, Plaintiff Need for Protection to be Safe to Use her Property and Not Worry of it being destroyed. The City of Benton Police Chief in His official Capacity, has stopped the Police from Coming to the past of Dixie where Plaintiff lives. Plaintiff wants to be Safe as other Parts of Benton during fireworks Season and when Police are Needed. for the City of Benton in its official Capacity to change Plaintiff Dixie to another Name would be Emotional damage for years to come. Plaintiff History and Heritage changed for Someone else to have a History, The Fourteenth Amendment of the United States Constitution Protects Right.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/6/2021

Signature of Plaintiff    _Patricia A Ashley_

Printed Name of Plaintiff    PATRICIA A ASHLEY

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Page 5 of 5