IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**PATRICIA A. ASHLEY**                                                                                          **PLAINTIFF**

**v.**                                          **Case No. 4:21-cv-1179-KGB**

**CITY OF BENTON, ARKANSAS,** *et al.*                                                       **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Patricia A. Ashley's complaint is dismissed without prejudice (Dkt. No. 1). The relief requested is denied.

It is so ordered this the 12th day of September, 2022.

Kristine G. Baker
United States District Judge